**[J-23-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ELITE CARE, RX, LLC | : | No. 25 WAP 2023 |
| | : | |
| v. | : | Appeal from the Order of the |
| | : | Superior Court entered May 23, |
| PREMIER COMP SOLUTIONS, LLC; | : | 2023 at No. 1144 WDA 2020, |
| LAUNDRY OWNERS' MUTUAL LIABILITY | : | affirming the Order of the Court of |
| INSURANCE ASSOCIATION; UPMC | : | Common Pleas of Allegheny County |
| BENEFIT MANAGEMENT SERVICES, INC. | : | entered June 5, 2020 at No. GD-19- |
| D/B/A UPMC WORK PARTNERS; | : | 005312 and remanding. |
| LACKAWANNA CASUALTY COMPANY; | : | |
| AND BRICK STREET MUTUAL | : | ARGUED: April 9, 2024 |
| INSURANCE COMPANY | : | |
| | : | DECIDED: JULY 16, 2024 |
| APPEAL OF: PREMIER COMP | : | |
| SOLUTIONS, LLC AND BRICK STREET | : | |
| MUTUAL INSURANCE COMPANY | : | |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 17th day of July, 2024, the Court being evenly divided, the order of the Superior Court is **AFFIRMED**.

Justice McCaffery did not participate in the consideration or decision of this matter.